**Order entered August 12, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00835-CV

### VIKING HEALTHCARE, LLC, Appellant

### V.

### ZEIG ELECTRIC, INC., Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-10-0868**

## ORDER

We **GRANT** court reporter Paula Thomas's August 10, 2015 request for extension of time to file the reporter's record and **ORDER** the record be filed no later than September 11, 2015.

/s/    CRAIG STODDART
        JUSTICE